# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| KYLE GEOFFREY SANDLER<br>Reg. # 17620-002<br><br>    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 2:22-cv-00365-MHT-CSC<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Defendant in the above-captioned matter, by and through Sandra J. Stewart, Acting United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or

- ☒ These parties are a governmental entity, or

- ☐ There are no entities to be reported, or

- ☒ The following entities and their relationship to the party are hereby reported: None.

Respectfully submitted this 29th day of August 2022.

                                SANDRA J. STEWART
                                United States Attorney

By:    /s/ *MaryLou E. Bowdre*
        MaryLou E. Bowdre
        Assistant United States Attorney
        Alabama Bar No. 9232N10
        United States Attorney's Office
        Middle District of Alabama
        Post Office Box 197
        Montgomery, AL 36101-0197
        Telephone: (334) 223-7280
        E-mail: MaryLou.Bowdre@usdoj.gov
                Attorney for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant:

    Kyle Geoffrey Sandler, Reg #17620-002
    3966 Atlanta Hwy No. 321
    Montgomery, Alabama 36109

                                /s/ *MaryLou E. Bowdre*
                                Assistant United States Attorney